UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 4:23-CR-00297 |
| v. | (Chief Judge Brann) |
| CHRISTOPHER CRISPEN, | |
| Defendant. | |

INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON
NOV 21 2023
PER ___JKC___
DEPUTY CLERK

COUNT 1
Attempted
Enticement of a Minor
(18 U.S.C. § 2422(b))

On or about November 8, 2023, to on or about November 9, 2023, in Centre County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

CHRISTOPHER CRISPEN,

did knowingly attempt to use a facility of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who he believed had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, namely, aggravated indecent assault, in violation of 18

1

Pa.C.S. Section 3125(a)(8), involuntary deviate sexual intercourse, in violation of 18 Pa.C.S. Sections 3123(a)(7), and statutory sexual assault, in violation of 18 Pa.C.S. Section 3122.1(b).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Attempted Receipt of Child Pornography
(18 U.S.C. § 2252(a)(2) and (b)(1))

On or about November 8, 2023, to on or about November 9, 2023, in Centre County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**CHRISTOPHER CRISPEN,**

did knowingly attempt to receive visual depictions using any means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

GERARD M. KARAM
United States Attorney

Dated: 21 Nov 2023

_____
ALISAN V. MARTIN
Assistant United States Attorney